RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN<br><br>  Defendant.<br>_____/ | No. CR. 20-mj-71712-MAG<br><br>**STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL** |

Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Scott Joiner, hereby request that Mr. Chapin be permitted to travel to Ludlow, Vermont on December 28th. He will return to his parent's residence in Southbury, Connecticut on the evening of December 28th. The purpose of the travel is go to a ski resort for the day with his father.

///

///

///

///

Stipulation and Proposed Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*

The Office of Pretrial Services has no objection to this trip.

Date: December 22, 2020	Respectfully submitted,

                      /s/
RANDY SUE POLLOCK
Counsel for Defendant
Andrew Chapin

Date: December 22, 2020	        /s/
SCOTT JOINER
Assistant United States Attorney

SO ORDERED:

HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge

Stipulation and Proposed Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*	2