RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510)   763-9967
Fax: (510)   380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 20-mj-71712-MAG |
| Plaintiff, | |
| vs. | AMENDED STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL |
| ANDREW CHAPIN | |
| Defendant. | |

Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Scott Joiner, hereby request that Mr. Chapin be permitted to travel to Ludlow, Vermont on December 28th.  He will return to his parent's residence in Southbury, Connecticut on the evening of December 28th.   The purpose of the travel is go to a ski resort for the day with his father.

///

///

///

///

The Office of Pretrial Services has no objection to this trip.

Date: December 22, 2020                                     Respectfully submitted,


                                                                                     _____/s/_____
                                                                                     RANDY SUE POLLOCK
                                                                                     Counsel for Defendant
                                                                                     Andrew Chapin

Date: December 22, 2020                                     _____/s/_____
                                                                                     SCOTT JOINER
                                                           Assistant United States Attorney


SO ORDERED:                                      _____
December 24, 2020                                HONORABLE SUSAN VAN KEULEN
                                                             United States Magistrate Judge