```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611152897
Cashier ID: buensum
Transaction Date: 12/15/2020
Payer Name: ANDREW JAMES CAPIN JR

COMMERCIAL REGISTRY OTHER
 For: ANDREW JAMES CAPIN JR
 Case/Party: D-CAN-3-20-MJ-071712-001
 Amount:         $0.00

NON-CASH COLLATERAL
 Amt Tendered:  $0.00

Total Due:       $0.00
Total Tendered: $0.00
Change Amt:      $0.00

Instrument Number 4088


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 00:15 | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Ada Means | **REPORTER/FTR** 11:05-11:20  (Recorded by Zoom) | |
| **MAGISTRATE JUDGE** Jacqueline Scott Corley | **DATE** November 24, 2020 | **NEW CASE** ☐ | **CASE NUMBER** 3-20-71712-MAG-1 |

### APPEARANCES

| DEFENDANT Andrew Chapin | AGE 32 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Randy Sue Pollock (Special App) | PD. ☐  RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| **U.S. ATTORNEY** Scott Joiner | | **INTERPRETER** Not required | | ☐ **FIN. AFFT SUBMITTED** | **COUNSEL APPT'D** |
| **PROBATION OFFICER** | **PRETRIAL SERVICES OFFICER** Pepper Friesen | | **DEF ELIGIBLE FOR APPT'D COUNSEL** ☐ | **PARTIAL PAYMENT OF CJA FEES** ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 00:15 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME: Andrew James Chapin Jr. |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 350,000.00 | SPECIAL NOTES $100,000.00/PR | ☒ PASSPORT SURRENDERED DATE: 11/25/2020 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☒ $250K secured by 711 Bucks Hill Road |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: December 9, 2020 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS re: posting of property & PX date |
| BEFORE HON. Beeler | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☒ ~~MOTIONS~~ I.D. of counsel | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

All parties appeared by Zoom videoconference. Defendant consented to proceed by Zoom. AUSA's request to unseal the entire case is granted. DPPA advised. Defendant to be interviewed by Pretrial Services for a post-bail report to determine if additional conditions are required. CC: JSC & LB

DOCUMENT NUMBER:

Form Version: 2020-02-03.1    Case 3:20-mj-71712-MAG   Document 4   Filed 11/24/20   Page 1 of 4    FILED

Nov 24 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE Nov 24, 2020 | 3-20-MJ-71712-MAG-1 |
|---|---|---|---|
| NAME OF DEFENDANT ANDREW JAMES CHAPIN JR. | ADDRESS 26 Cragmont Ave. San Francisco, CA 94116 | | TELEPHONE NUMBER 608-213-1251 |
| NAME OF ☒ SURETY ☐ CO-SIGNER ☐ CUSTODIAN ANDREW CHAPIN | ADDRESS 711 Bucks Hill Rd, Southbury, CT 06488 | | TELEPHONE NUMBER 203-525-1939 |
| NAME OF ☒ SURETY ☐ CO-SIGNER ☐ CUSTODIAN LOREEN CHAPIN | ADDRESS 711 Bucks Hill Rd, Southbury, CT 06488 | | TELEPHONE NUMBER 203-525-1939 |

| AMOUNT OF BOND ☐ PERSONAL RECOGNIZANCE $ 350,000 | ☒ UNSECURED ☐ SECURED BY $100,000 | ☐ DEPOSIT RECEIVED FROM: | ☒ OTHER SECURITY: $250,000  2nd residence TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE Dec 9, 2020   10:30 am | COURTROOM/JUDGE Beeler |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
☒ Defendant must not commit any federal, state, or local crime.
☒ Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. § 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
☒ Defendant must surrender all passports and other travel documents to Pretrial Services by ___11/25/20___ and must not apply for other passports or travel documents.
☒ Defendant must not possess any firearm, destructive device, or other dangerous weapon.
☒ Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
☒ Defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services.
☐ Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
☐ Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
☐ Defendant must participate in mental health treatment as directed by Pretrial Services.
☐ Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel.
☒ Defendant must not change residence or telephone number without prior approval of Pretrial Services.
☐ Defendant must remain in the custody of custodian _____ at _____. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
☐ Defendant must reside in a halfway house at _____ and must comply with all conditions of that facility.
☒ Defendant must comply with the following location restrictions:
  ☒ [A] Defendant must not travel outside of: ☒ the Northern District of California (see map on reverse side), ☐ other: _____.
  ☐ [B] Defendant must observe a curfew and remain at his/her residence every day from _____ to _____, except as directed by Pretrial Services.
  ☐ [C] Defendant must remain at his/her residence at all times except for: ☐ employment; ☐ education; ☐ religious services; ☐ medical, substance abuse, or mental health treatment; ☐ attorney visits; ☐ court appearances; ☐ court-approved obligations; ☐ or other activities approved in advance by ☐ Pretrial Services, ☐ the Court.
☐ Defendant must submit to location monitoring ☐ by GPS, ☐ by RF, ☐ as directed by Pretrial Services to ensure compliance with:
  ☐ All court-ordered location restrictions.
  ☐ The following court-ordered location restrictions: _____.
☒ The following conditions also apply:

  1) Defendant to post $250,000 bond secured by his parents' primary residence in a manner agreed to with U.S. Attorney's Office.  Secured bond will be established upon Clerk's receipt of the documents required by G.O. 55
  2) Defendant may not travel outside of NDCA except with advance permission of the U.S. Attorney's Office.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT /S/ | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN /S/ |
|---|---|
| SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN /S/ | SIGNATURE OF MAGISTRATE JUDGE  Jacqueline Scott Corley   DATE Nov 24, 2020 |

THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>  )<br>  )<br>Defendant )<br>  )<br>_____ ) | | No. CR 3:20-MJ-70705 JCS<br><br>CONSENT TO ENTRY OF TRAVEL AND OTHER ORDERS REGARDING CONDITIONS OF RELEASE |

    As a third-party surety on the bail bond in this case, I consent to all future orders of the Court permitting, for whatever reason, the Defendant to travel outside of the Northern District of California, or to modify, supplement, or delete Defendant's conditions of release as the Court deems necessary. I further consent to the entry of such orders without further notice to me.

    I understand that if the Defendant, while out of this district with the permission of the Court, flees or otherwise commits a breach of the bail bond conditions, I will be subject to a civil judgment for the amount of the bail, and all property I have posted with the Court to secure the bail will be ordered forfeited to the United States.

DATED: ____Nov 24, 2020____  
                                                                        THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: ____Nov 24, 2020____  
                                                                        THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: ____Nov 24, 2020____  
                                                                        THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: ____Nov 24, 2020____  
                                                                        THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

**To sign form, tap the PENCIL icon above, sign with your finger. Type Ctrl+Z to undo mistakes.**

**When done, click the "X" in the upper right to close this program, then click YES when prompted to save the file.**

# UNITED STATES DISTRICT COURT
## Northern District of California
### CLERK'S OFFICE

SUSAN Y. SOONG  
Clerk of Court  
FINANCE DEPARTMENT

450 Golden Gate Avenue  
San Francisco, CA 94102  
Phone: 415-522-4621  
Fax: 415-522-2150

December 15, 2020

Andrew Chapin& Lorraine Skelysky-Chapin  
c/o Randy Sue Pollock  
286 Santa Clara Ave  
Oakland, CA 610

       Subject: Collateral Receipt #34611152097  
               Case#  3:20-MJ-071712-MAG  
               US v. Andrew Chapin

Dear Sir/Madam:

Attached is a receiving record receipt for posting collateral to the Court to secure an appearance bond.

Please keep this receipt and return it to the Court when the collateral is returned to you upon exoneration of the bond.

                                                 Sincerely,

                                                 /s/  
                                                Ana Banares  
                                                Financial Supervisor

Enclosure(s): Receipt 34611152097

INST# 4088

**ATTORNEY OF RECORD**

RANDY SUE POLLOCK
286 SANTA CLARA AVENUE
OAKLAND, CA 94610

BK: 716    PG: 362

**WHEN RECORDED MAIL TO:**
Susan Y. Soong, Clerk of the US District
Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

THIS SPACE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS SECURING A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT

THIS DEED OF TRUST, made this ____ day of DECEMBER, 20 20 between ANDREW CHAPIN AND LORRAINE SKELSKY-CHAPIN herein called TRUSTOR, whose address is: 711 BUCKS HILL ROAD, SOUTHBURY, CONNECTICUT and Susan Y. Soong, Clerk, United States District Court for the Northern District of California, herein called both TRUSTEE and BENEFICIARY.

WITNESSETH: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in NEW HAVEN County, Connecticut, described as: *(ATTACH PROPERTY DESCRIPTION ON SEPARATE PAGE)* TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the purpose of securing performance of each agreement of Trustor incorporated by reference or contained herein under the bond(s) posted on behalf of defendant(s) ANDREW CHAPIN in Case No. 3:20-mj-71712 MAG which includes an obligation by said Trustor's surety (ies) in the amount of $ $250,000 secured by _____

TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES: By the execution and delivery of this Deed of Trust and the note or the Personal Surety Bond secured hereby, that provisions (1) to (14), inclusive, (which provisions, identical in all counties, are printed on the reverse hereof) of the fictitious deed of trust recorded in the book and at the page of Official Records in the office of the County Recorder of the County where said property is located, noted below with the County name, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | RE5477 | IM 148 | Kings | 1122 | 516 | Placer | 1996 | 591 | Sierra | 78 | 652 |
| Alpine | 30 | 374-376 | Lake | 942 | 153 | Plumas | 291 | 119 | Siskiyou | 824 | 414 |
| Amador | 333 | 343 | Lassen | 334 | 458 | Riverside | 1978 | 140181 | Solano | 1978 | 55321 |
| Butte | 2301 | 464 | Los Angeles | 78-738583 | — | Sacramento | 78-07-07 | 1144 | Sonoma | 3421 | 802 |
| Calaveras | 475 | 244 | Madera | 1406 | 233 | San Benito | 432 | 18 | Stanislaus | 3074 | 385 |
| Colusa | 461 | 325 | Marin | 3400 | 76 | San Bernardino | 9469 | 1383 | Sutter | 929 | 678 |
| Contra Costa | 8914 | 326 | Mariposa | 185 | 364 | San Diego | 1978 | 78-285214 | Tehama | 755 | 108 |
| Del Norte | 219 | 441 | Mendocino | 1157 | 523 | San Francisco | C601 | 709 | Trinity | 192 | 632 |
| El Dorado | 1649 | 92 | Merced | 2130 | 629 | San Joaquin | 4420 | 184 | Tulare | 3549 | 778 |
| Fresno | 7069 | 711 | Modoc | 255 | 590 | San Luis Obispo | 2084 | 280 | Tuolumne | 539 | 129 |
| Glenn | 631 | 343 | Mono | 246 | 573 | San Mateo | 7759 | 2337 | Ventura | 5158 | 219 |
| Humboldt | 1596 | 955 | Monterey | 1257 | 744 | Santa Barbara | 76-99910 | — | Yolo | 1316 | 148 |
| Imperial | 1418 | 1241 | Napa | 1038 | 366 | Santa Clara | D797 | 194 | Yuba | 671 | 393 |
| Inyo | 232 | 93 | Nevada | 963 | 297 | Santa Cruz | 2933 | 275 | | | |
| Kern | 5123 | 521 | Orange | 12749 | 728 | Shasta | 1536 | 350 | | | |

are hereby adopted and incorporated herein and made a part hereof as though fully set forth herein at length; that Trustor will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in the Deed of Trust. Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT.

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN Waterbury } ss

SIGNATURE OF TRUSTOR
Sign: _[signature]_
Print: ANDREW J. CHAPIN
Sign: _[signature]_
Print Name: Lorraine Skelsky Chapin

On 12/1, 2020 before me, William Varsh, Notary Public, personally appeared Andrew J Chapin, Lorraine Skelsky Chapin who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature] William Varsh_
SIGNATURE OF NOTARY PUBLIC
[SEAL]

My Com EXP
9/30/2023

Form CAND GO-55-B (rev. 10/2015)

INST# 4088
BK: 716  PG: 363

VOL 251 PAGE 553
SCHEDULE A

All that certain piece or parcel of land with all the improvements thereon, situated in the Town of Southbury, County of New Haven and State of Connecticut, being known and designated as Lot No. 5, as shown on a certain map entitled "Sub-Division map a portion of the property of Frederick and Ruth Jones to be conveyed to or has been conveyed to Edward Yurkunas Bucks Hill Road, Town of Southbury, Conn.", and on file in the Southbury Town Clerk's Office as Map No. 896, to which map reference is hereby made, said premises being bounded and described as follows:

| | |
|---|---|
| NORTHEASTERLY | By land now or formerly of Frederick and Ruth Jones, 70 feet; |
| SOUTHEASTERLY | By Lot No. 6. as shown on said map, 574.77 feet; |
| SOUTHWESTERLY | By Bucks Hill Road, as shown on said map, 165 feet; |
| NORTHWESTERLY | By Lot No. 4, as shown on said map, 616.70 feet. |

Said premises are free and clear of all encumbrances and defects of records, except:

1. Easement to the Connecticut Light and Power Company dated August 30, 1967 and recorded in Volume 83 at Page 670 of the Southbury Land Records.

Stamped Copy
INST# 4088

RECORDED SOUTHBURY LAND RECORDS
ON Dec 02, 2020 AT 10:40A
VOL 716 PAGE 362-363 BY
Lynn A Dwyer Town Clerk

Reset All Forms

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

## OBLIGATION

We, the undersigned, represent and/or agree that:

1. We are the owners of the property pledged in the attached Deed of Trust;

2. In consideration for the release of defendant ANDREW CHAPIN on bond in the matter of the United States v. CHAPIN, Case No. CR 3:20-MJ-71712-MA, we pledge the amount of $ 250,000 to be secured by the above-mentioned Deed of Trust executed in favor of the United States District Court, Northern District of California.

3. In the event bail is eventually exonerated in said matter, said beneficiary of the Deed of Trust is authorized and requested to execute and acknowledge the Reconveyance document also attached hereto;

4. In the event bail is eventually forfeited for failure to comply with the terms of the bail order, said beneficiary is authorized to request the trustee under the Deed of Trust to proceed with foreclosure under the terms of the Deed of Trust and to submit this document together with the order forfeiting bail and the Deed of Trust as conclusive evidence of default.

_____        12/1/20
Signature                               Date

_____        12/1/20
Signature                               Date

Form CAND GO-55-A (rev. 3/2015)

## Ana Banares

**From:** Randy Sue Pollock <rsp@rspollocklaw.com>
**Sent:** Tuesday, December 15, 2020 8:55 AM
**To:** Ana Banares
**Cc:** Grace Ligh
**Subject:** Re: US vs. Andrew Chapin CR. 20-71712 MAG Deed of Trust INST#4088

**CAUTION - EXTERNAL:**

Ana and grace
I thought I sent everything. I'm in Atlanta this week working for the elect. I'm back sat and will send what's missing.
So sorry

Rsp


Randy Sue Pollock
Attorney at Law
286 Santa Clara Avenue
Oakland, CA 94610
T: 510-763-9967
F: 510-380-6551
C: 510-703-3370
www.rspollocklaw.com

Sent from my iPhone...

Please excuse autocorrect non sequiturs and typos



> On Dec 15, 2020, at 11:42 AM, Ana Banares <Ana_Banares@cand.uscourts.gov> wrote:
>
> Good morning Randy,
>
> We received the Deed of Trust for the above case/defendant. Required documents per General Order 55 are missing. Please see attached General Order 55.
> <image003.jpg>
> Thank you,

1

*Ana Banares*
Financial Supervisor
United States District Court
Northern District of California
https://cand.uscourts.gov
Ana_Banares@cand.uscourts.gov
(415) 522-2050

**From:** Randy Sue Pollock <rsp@rspollocklaw.com>
**Sent:** Monday, December 7, 2020 2:42 PM
**To:** Grace Ligh <Grace_Ligh@cand.uscourts.gov>
**Subject:** US vs. Andrew Chapin CR. 20-71712 MAG

**CAUTION - EXTERNAL:**

Grace,
Attached is the recorded new deed for the above-referenced case. Does this look correct? How should I get this to you and should I also send you the obligation?

Thanx,
Randy Sue

***RANDY SUE POLLOCK***
Law Office of Randy Sue Pollock
286 Santa Clara Avenue
Oakland, CA 94610
T 510-763-9967
F 510-380-6551
C 510-703-3370
www.rspollocklaw.com

*Confidentiality Notice: The information contained in this e-mail (and any attachments) is covered by the Electronic Communications Act, 18 U.S.C. §§ 2510-2521. This email constitutes a privileged and confidential communication pursuant to California Evidence Code § 952 and California Code of Civil Procedure § 2018. This email is intended only for the identified recipient(s). If you are not the identified recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on this email is strictly prohibited*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<GO_55_.pdf>
<Bond-320MJ071712-AndrewChapin.pdf>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.