RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN<br><br>Defendant. / | **Case No. 3: 20-mj-71712 MAG**<br><br>**NOTICE OF APPEARANCE** |

Randy Sue Pollock hereby enters a notice of appearance for defendant Andrew Chapin in the above-referenced matter.

Date:   January 4, 2021                                   Respectfully submitted,


                                                                          /s/
                                                          RANDY SUE POLLOCK
                                                          Counsel for Defendant
                                                          Andrew Chapin