RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN,<br><br>  Defendant.<br> _____ / | No. CR. 20-71712-MAG<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE PRELIMINARY HEARING**<br><br>**FILED UNDER SEAL** |

Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins hereby request that the status conference in this case presently set for February 24, 2021, be continued to March 8, 2021. This request is because defense counsel has a status conference before Judge Chen at 10 a.m. on the same date. It is accordingly proposed that the time period from February 24, 2021 to March 8, 2021 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.

Date: February 1, 2021                Respectfully submitted,

                                                    /s/
                                        RANDY SUE POLLOCK
                                        Counsel for Defendant
                                        ANDREW CHAPIN

Date: February 1, 2021                /s/
                                        KIMBERLY HOPKINS
                                        Assistant United States Attorney

## SO ORDERED:

                                        United States Magistrate Judge