1   RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
2   286 Santa Clara Avenue
    Oakland, CA 94610
3   Tel: (510)  763-9967
    Fax: (510)  380-6551
4   rsp@rspollocklaw.com

5   Attorney for Defendant
    ANDREW CHAPIN
6

7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10
                                  –ooo–
11
12   UNITED STATES OF AMERICA,          **No. CR. 20-71712-MAG**

13              Plaintiff,

                                        **STIPULATION AND** ~~**PROPOSED**~~
14   vs.                                **ORDER TO CONTINUE
                                        PRELIMINARY HEARING**
15
16   ANDREW CHAPIN,                     **FILED UNDER SEAL**

17              Defendant.
18   _____/

19       Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and

20   Assistant United States Attorney Kimberly Hopkins hereby request that the status

21   conference in this case presently set for February 24, 2021, be continued to March 8,

22   2021.  This request is because defense counsel has a status conference before Judge Chen

23   at 10 a.m. on the same date.          It is accordingly proposed that the time period from

24   February 24, 2021 to March 8, 2021 would be deemed excludable pursuant to 18 U.S.C.

25   Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance

26   outweigh the best interests of the public and of the defendant in a speedy trial.

27
28

1   Date: February 1, 2021                              Respectfully submitted,

2

3                                                                    /s/
                                                        _____
                                                        RANDY SUE POLLOCK
4                                                       Counsel for Defendant
                                                        ANDREW CHAPIN
5

6

7   Date: February 1, 2021                                          /s/
                                                        _____
                                                        KIMBERLY HOPKINS
8                                                       Assistant United States Attorney

9

10

11

12  SO ORDERED:                                         _____
                                                        United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                        2