RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Tel: (510) 763-9967
Fax: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ANDREW CHAPIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDREW CHAPIN<br><br>          Defendant.<br>_____/ | No. CR. 20-mj-71712-MAG<br><br>**STIPULATION AND PROPOSED ORDER TO PERMIT OUT-OF-DISTRICT TRAVEL** |

   Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Kimberly Hopkins, hereby request that Mr. Chapin be permitted to travel to Hartford, Connecticut on May 8, 202 to visit his family. He will return to the Bay Area on May 16,

///

///

///

///

///

Stipulation and Proposed Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*

The Office of Pretrial Services has no objection to this trip.

Date:  April 7, 2021                         Respectfully submitted,

                                                  /s/
RANDY SUE POLLOCK
Counsel for Defendant
Andrew Chapin

Date:  April 7, 2021                         /s/
KIMBERLY HOPKINS
Assistant United States Attorney

SO ORDERED:

HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge

Stipulation and Proposed Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*                                                       2