```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KIMBERLY HOPKINS (MABN 668608)
SCOTT D. JOINER (CABN 223313)
Assistant United States Attorneys

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
        FAX: (415) 436-7234
        kimberly.hopkins@usdoj.gov
        scott.joiner@usdoj.gov

Attorneys for United States of America
```

FILED

May 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-MJ-71712 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| ANDREW CHAPIN, | |
| Defendant. | |

Counsel for the United States and counsel for the defendant, Andrew Chapin, jointly stipulate and request that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from May 17, 2021 to May 26, 2021. The parties jointly request that a status hearing be continued from May 17, 2021 to May 26, 2021.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act as the parties are in the process of resolving the case. For this reason, the parties stipulate and agree that excluding time until May 26, 2021, will

1  allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).
2  The parties further stipulate and agree that the ends of justice served by excluding time from May 17,
3  2021 to May 26, 2021, from computation under the Speedy Trial Act and Federal Rule of Criminal
4  Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18
5  U.S.C. §§ 3161(h)(7)(A), (B)(iv).
6        The undersigned Assistant United States Attorney certifies that she has obtained approval from
7  counsel for the defendant to file this stipulation, request, and proposed order.
8        IT IS SO STIPULATED
9  DATED:  May 13, 2021      Respectfully submitted,
10       STEPHANIE M. HINDS
      Acting United States Attorney
11
12
      /s/ Kimberly Hopkins
13       KIMBERLY HOPKINS
      Assistant United States Attorney
14
15
16 DATED: May 13, 2021      /s/ Randy Sue Pollock
      RANDY SUE POLLOCK
17       Counsel for Defendant Andrew Chapin

STIPULATION AND [PROPOSED] ORDER
CR 20-MJ-71712

**[~~PROPOSED~~ ORDER]**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from May 17, 2021 to May 26, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 17, 2021 to May 26, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 17, 2021 to May 26, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d). The status conference is also continued from May 17, 2021 to May 26, 2021.

IT IS SO ORDERED.

DATED:  5/13/2021

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge