1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Tel: (510)  763-9967
   Fax: (510)  380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   ANDREW CHAPIN
6

7              UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9               SAN FRANCISCO DIVISION

10                      −ooo−

11  UNITED STATES OF AMERICA,              **No. CR. 20-mj-71712-MAG**

12          Plaintiff,

13                                         **STIPULATION AND PROPOSED
                                           ORDER TO PERMIT OUT-OF-
14  vs.                                    DISTRICT TRAVEL**

15  ANDREW CHAPIN                          _____

16          Defendant.

17  _____ /

18      Defendant Andrew Chapin, by and through his counsel Randy Sue Pollock, and

19  Assistant United States Attorney Scott Chapin, hereby request that Mr. Chapin be

20  permitted to travel out of the district to Boston and Connecticut from September 26,

21  2021-October 2, 2021 in order to visit family.

22      Brad Wilson from the Office of Pretrial Services has no objection to this travel.

23  Mr. Chapin will provide him with his travel itinerary before he leaves.

24

25

26

27

28

Stipulation and Proposed Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*

1    Date: July 30, 2021                          Respectfully submitted,

2

3                                                 /s/
                                                  RANDY SUE POLLOCK
4                                                 Counsel for Defendant
                                                  Andrew Chapin
5

6    Date: July 30, 2021                          /s/
                                                  SCOTT CHAPIN
7                                                 Assistant United States Attorney

8

9

10   SO ORDERED:

11                                                HONORABLE JACQUELINE S. CORLEY
                                                  United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order To Permit Out-Of_District Travel
*United States vs. Chapin, CR. 20-mj-71712-MAG*                                          2